**Order entered November 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00491-CR

**THEODORE JAMES MEASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 072307**

## ORDER

Before the Court is appellant's second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on January 20, 2022. We caution appellant that the failure to file a brief by that date may result in the appeal being abated for a hearing. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     DENNISE GARCIA
JUSTICE